**E-Filed 3/20/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM MCDONALD, | NO. 5:09 CV 1181 RS |
| Plaintiff, | **ORDER TRANSFERRING CASE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

This action was assigned to a judge in this division based on the civil cover sheet filled out by plaintiff. The face of the complaint, however, plainly reflects that intradistrict venue is proper only in the San Francisco Division or the Oakland Division. *See* Civil Local Rule 3-2(d) (providing that "all civil actions which arise in the counties of . . . San Francisco [or] San Mateo . . . shall be assigned to the San Francisco Division or the Oakland Division"); Complaint, filed March 18, 2009 (listing abuses that allegedly took place in San Francisco and San Mateo). Accordingly, this action shall be reassigned to a judge in one of those divisions, pursuant to the Court's Assignment Plan.

**IT IS SO ORDERED**.

Dated: March 20, 2009

RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS SENT VIA UNITED STATES MAIL TO:**

Adam McDonald
570 El Camino Real
#150-141
Redwood City, CA 94063

| **Dated:** | **Richard W. Wieking, Clerk** |
|---|---|
| **March 20, 2009** | **By: Chambers** |

ORDER TRANSFERRING CASE
C 07-04583 RS

2