IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MCDONALD,<br><br>        Plaintiff(s),<br><br> vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendant(s).                / | No. C 09-1181 MEJ<br><br>**NOTICE OF REFERRAL**<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Judge Maria-Elena James for all purposes including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. Please conform your filings accordingly. The Northern District of California Revised Civil Local Rules shall apply to this case. Copies of these rules may be obtained in the District Court Clerk's's Office, 16th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall also comply with Judge James' standing order regarding discovery and dispute procedures, a copy of which is enclosed herewith.

Pursuant to Federal Rule of Civil Procedure 16, the Court shall conduct a Case Management Conference July 23, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement by July 16, 2009. All dates in the March 18, 2009 Order Setting Initial Case Management Conference shall be adjusted accordingly. **Plaintiff shall serve this Order upon all defendants.**

**IT IS SO ORDERED.**

Dated: April 6, 2009

                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ADAM MCDONALD,

        Plaintiff,

v.

UNITED STATES OF AMERICA et al,

        Defendant.

Case Number: CV09-01181 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam McDonald
570 El Camino Real
#150-141
Redwood City, CA 94063

Dated: April 6, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2