IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MCDONALD,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendant(s).<br>_____/ | No. C 09-1181 MEJ<br><br>**ORDER RE: PLAINTIFF'S OBJECTION**<br><br>**SECOND ORDER FOR PLAINTIFF TO FILE CONSENT/DECLINATION** |

The Court is in receipt of Plaintiff's "Objection of Order to File Consent/Declination," filed May 20, 2009. Although Plaintiff apparently objects to the need to file a consent to magistrate jurisdiction or request for reassignment to a district court judge, the undersigned magistrate judge is unable to proceed without Plaintiff's consent. Thus, Plaintiff must decide whether he would like to proceed before a magistrate judge or have his case assigned to a district court judge.

Accordingly, the Court hereby ORDERS Plaintiff to inform the Court whether he consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by June 7, 2009. The Court has attached another copy of the consent/declination for Plaintiff's convenience.

Failure to comply with this order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: May 20, 2009

                                                  MARIA-ELENA JAMES<br>                                                  United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAM MCDONALD,                                                       No. C 09-1181 MEJ

        Plaintiff(s),

  vs.

UNITED STATES OF AMERICA, et al.,
                                         /

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____          Signed by:_____

                                                      Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____          Signed by:_____

                                                      Counsel for:_____

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MCDONALD, | Case Number: CV09-01181 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNITED STATES OF AMERICA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam McDonald
570 El Camino Real
#150-141
Redwood City, CA 94063

Dated: May 20, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3