**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MCDONALD, | No. C 09-1181 MEJ |
| Plaintiff(s), | **ORDER FOR CLERK OF COURT TO REASSIGN CASE** |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

Having now requested twice that Plaintiff Adam McDonald consent to the undersigned magistrate judge's jurisdiction or request reassignment to a district court judge, and having received only an objection to the first request and no response to the second, the Court hereby ORDERS that the Clerk of Court shall reassign this matter to a district court judge.

**IT IS SO ORDERED.**

Dated: June 8, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ADAM MCDONALD,

        Plaintiff,

v.

UNITED STATES OF AMERICA et al,

        Defendant.

Case Number: CV09-01181 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam McDonald
570 El Camino Real
#150-141
Redwood City, CA 94063

Dated: June 8, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2