IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MCDONALD, | No. C 09-1181 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 8] |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Before the Court is Plaintiff's "Motion for Service by the Court," pursuant to 28 U.S.C. § 1915. Section 1915, and subsection (d) which directs the court to issue and serve all process, applies exclusively to proceedings in forma pauperis. Plaintiff is not proceeding in forma pauperis, thus the statute is inapplicable and its provisions are unavailable to him. For this reason, the Court DENIES the motion.

IT IS SO ORDERED.

Dated: 6/29/09

SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MCDONALD et al,

        Plaintiff,

  v.

THE UNITED STATES OF AMERICA et al,

        Defendant.

Case Number: CV09-01181 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam McDonald
570 El Camino Real
#150-141
Redwood City, CA 94063

Dated: June 30, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk