UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADAM MCDONALD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No: C 09-1181 SBA<br><br>**ORDER** |

　　　This Court previously ordered Plaintiff to set up a telephonic Case Management Conference on December 2, 2009 at 3:45 p.m. (Docket No. 17.) IT IS HEREBY ORDERED that the parties are to appear in person at the above mentioned time in Courtroom 1, United States District Court, Oakland Division, 1301 Clay St., Oakland, California.

Dated: 11/24/09

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MCDONALD et al,

    Plaintiff,

 v.

THE UNITED STATES OF AMERICA et al,

    Defendant.
                                     /

Case Number: CV09-01181 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam McDonald
570 El Camino Real
#150-141
Redwood City, CA 94063

Dated: November 24, 2009
                                      Richard W. Wieking, Clerk

                                            By: LISA R CLARK, Deputy Clerk